# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

v.              **CASE NO. 4:17-CV-00298-8-BSM**

**BROOKS HAYDEN JONES**                               **DEFENDANT**

## ORDER

The United States's motion to dismiss the superseding indictment [Doc. No. 28] filed against Brooks Hayden Jones [Doc. No. 582] is granted. The indictment against Jones is dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED, this 9th day of October, 2020.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE